July 26, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

JOSEPH R. WILLIE, II, Appellant

NO. 14-15-00438-CV            V.

HARRIS COUNTY, CITY OF HOUSTON, HOUSTON INDEPENDENT
SCHOOL DISTRICT, AND HOUSTON COMMUNITY COLLEGE SYSTEM,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Harris County, City of Houston, Houston Independent School District, and Houston Community College System, signed April 20, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Joseph R. Willie, II to pay all costs incurred in this appeal.

We further order this decision certified below for observance.